UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| James Paul Aery, | File No. 20-cv-2154 (ECT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Sgt. Collins, *in his official and individual capacity*, | |
| Defendant. | |

---

Magistrate Judge Becky R. Thorson issued a Report and Recommendation on March 3, 2021. ECF No. 20. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.[1] *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 20] is **ACCEPTED**.

2. Plaintiff's Motion for Injunction [ECF No. 18] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 14, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

---

[1] Plaintiff received two extensions to file objections to the Report and Recommendation, which were originally due on March 17. ECF Nos. 24, 27.